# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **CHRISTOPHER QUINN,** | } |
| **Plaintiff,** | } |
| vs. | } Case No. 3:24-cv-288-DJH |
| **DOUGLAS HETSCH,** *et al*, | } |
| **Defendants.** | } |

## DEFENDANTS' NOTICE OF REMOVAL

Douglas Hetsch ("Hetsch"), C. Dodd Harris, IV ("Harris"), and Melissa Prince ("Prince")(Hetsch, Harris, and Prince, hereinafter, collectively, "Defendants") hereby file this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A. PROCEDURAL BACKGROUND

1. On or about 23 April 2024, Plaintiff, Christopher Quinn ("Plaintiff") filed his Complaint ("Original Complaint") in the Oldham Circuit Court, Case No. 24-CI-00231 ("State Court Action") alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, against Defendants. Plaintiff filed an Amended Complaint herein on or about 9 May 2024.

2. Plaintiff purports to have served his Original Complaint on Hetsch on or about 25 April 2024, Harris on or about 24 April 2024, and Prince on or about on 26 April 2024.[1] As of the date hereof, the Amended Complaint has not been served on any Defendant. This Notice of Removal is being filed with the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B. GROUNDS FOR REMOVAL

3. The present suit is an action over which the United States District Court, Western

---

[1] Each Defendant hereby expressly denies that such service has been successfully accomplished as required by the Kentucky Rules of Civil Procedure and, further, hereby expressly asserts and reserves the affirmative defense of insufficient service of process.

1

District of Kentucky has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, Western District of Kentucky because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendants are attached hereto as EXHIBIT A (Original Complaint) and EXHIBIT B (Amended Complaint).

6. Promptly after the filing of this Notice of Removal, Defendants shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Oldham District Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax request that the above-described action be removed to this Court. Respectfully submitted this 13th day of May, 2024.

          */s/ C. Dodd Harris, IV*
          _____
          C. Dodd Harris, IV
          HARRIS LAW OFFICE, PLLC
          9462 Brownsboro Rd. #260
          Louisville, KY 40241
          Phone/fax: 502-333-9728
          *cdharrislaw@gmail.com*

          *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that on this 13th day of May 2024, a true and correct copy of the foregoing document has been filed with the Clerk of the Court, which will send a notification to all counsel of record via U.S. Mail:

Hon. James R. McKenzie
JAMES R. MCKENZIE ATTORNEY, PLLC
P.O. Box 115 So. Sherrin Ave., Ste. 5
Louisville, KY   40207
*Counsel for Plaintiff*

*/s/ C. Dodd Harris, IV*
_____
*Counsel for Defendants*